1  BENJAMIN P. TRYK, ESQ. (253299)
2  TRYK LAW, A.P.C.
   ATRIUM OFFICE PLAZA
3  1111 E. HERNDON AVENUE, SUITE 310
   FRESNO, CALIFORNIA 93720
4  PHONE: (559) 840-3240
   FAX: (888) 528-5570
5  EMAIL: ben@tryklaw.com

FILED & ENTERED

FEB 24 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ortiz        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| IN RE: | **CHAPTER 7 CASE NO.** 20-10954 MB |
| BRADLEY WHITTAKER, | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Debtor(s) | |

Santana Carrera, Moving Party, filed and served a Motion for Relief From the Automatic Stay under 11 U.S.C. §362 ("Motion") on December 7, 2020.  [Docket #29].  Moving Party filed the Motion in compliance with Bankruptcy Local Rule 9013-1(d).  The Court finds that notice was proper and no opposition to the Motion has been filed.  The Court has considered all pleadings and evidence before it and good cause appearing,

///

///

///

///

///

///

///

///

///

IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 be, and the same hereby is, fully and completely terminated so that Moving Party may proceed under applicable nonbankruptcy law to enforce her remedies to proceed to final judgement in the pending civil case in the Ventura County Superior Court, Case No: 56-2018-00517303-CU-PO-VTA, entitled <u>Carrera v. Whittaker</u>, to adjudicate and enforce all remaining issues, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate.

###

Date: February 24, 2021

Martin R Barash
United States Bankruptcy Judge